## PETITION UNDER 28 U.S.C. § 2254
## BY A PERSON IN CUSTODY
## PURSUANT TO A STATE COURT JUDGMENT

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA | Division: North |
|---|---|
| **Name of Petitioner** *(under which you were convicted)* <br><br> Benjamin Ishmael Price | Case No.: 1:23cv39 AW/MJF <br> *(to be assigned by the Clerk's Office)* |
| **Prisoner ID #** | **Place of Current Confinement and Address** <br> Walton Correctional Institution <br> 691 Istitution Rd <br> Defuniak Springs, Fl 32433 |

| NAME OF PETITIONER *(include aliases)* | v. | NAME OF RESPONDENT *(authorized person having custody of petitioner)* |
|---|---|---|
| Benhamin I. Price | v. | State of Florida |

**THE ATTORNEY GENERAL OF THE STATE OF** Ashly Moody
*(State in which challenged judgment was entered)*

## I. PROCEDURAL HISTORY

A. Name and location *(circuit and county)* of the court that entered the judgment of conviction or sentence under attack: 4th Judicial Circuit Duval Co. Fla Case Number *(if known)*: 16-2009-CF-005551

B. Date of Judgment *(conviction/sentence):* June 15th, 2011

C. Date of Sentence: June 15th, 2011

D. Sentence Imposed: natural Life

_____

E. Identify all crimes of which you were convicted and sentenced in this case *(all*

*counts):* First Degree felony murder, Armed Robbery

_____

F. What was your plea? *(Check one)*

☐ Guilty        ☑ Not Guilty        ☐ Nolo contendere

If you entered a guilty plea to one count or charge and a not guilty plea to

another count or charge, please explain: _____

_____

_____

G. If you pleaded not guilty, what kind of trial did you have? *(Check one)*

☑ Jury    ☐ Judge only *(Bench Trial)*

H. Did you testify at a pretrial hearing, trial, or post-trial hearing?

☑ YES    ☐ NO

I. Did you appeal from the judgment of conviction?

☑ YES    ☐ NO

*(If you did not appeal, skip to Question K.)*

J. If you did appeal, answer the following:

1. Name of Court: First DCA

2. Date Filed: 1D11 - 3657

3. Case Number (*if known*): 1D11 - 3657

4. Date of Result: June 12, 2012

5. Citation to Case (*if known*): _____

6. Result: AFFIRMED

7. Grounds Raised on Appeal: _____

_____

_____

_____

8. Did you file a petition for rehearing?     □ YES   ☑ NO

If yes, state the result: _____

_____ Date of Result: _____

9. Did you seek review in the Florida Supreme Court?   □ YES   ☑ NO

If yes, state the result: _____

_____ Date of Result: _____

Citation to Case (*if known*): _____

10. Did you file a petition for certiorari in the U. S. Supreme Court?

☐ YES  ☑ NO

If yes, state the result: _____

_____  Date of Result: _____

Citation to Case (*if known*): _____

K. Other than the direct appeals listed above, have you filed any other petitions, applications, or motions challenging judgment of conviction in any state court? ☑ YES  ☐ NO

*(If your answer is NO, skip to Question P.)*

L. If your answer to Question K is YES, answer the following:

1. Name of Court: <u>Fourth Judicial Circuit Duval Co. FL</u>

2. Identify what you filed (*for example, a Rule 3.850 motion, habeas petition, etc.*): <u>3.850</u>

   _____

3. Case Number (*if known*): <u>16-2009-CF-00</u> Date Filed: <u>4/29/13</u>
   <u>5551-AXXX</u>

4. Grounds Raised: <u>6 Grounds of ineffective</u>
   <u>Counsel, 1 Ground of Newly</u>
   <u>Discovered evidence</u>

   _____

5. Was an evidentiary hearing held on your petition or motion?

□ YES   ☑ NO

6. Result: ___Somary denial___

_____ Date of Result: __3/5/21__

M. If you filed a second petition, application, or motion, answer the following:

*(If you did not file additional petitions, applications, or motions, skip to*

*Question O.)*

1. Name of Court: _____

2. Identify what you filed *(for example, a Rule 3.850 motion, habeas petition,*

   *etc.)*: _____

   _____

3. Case Number *(if known)*: _____ Date Filed: _____

4. Grounds Raised: _____

   _____

   _____

   _____

5. Was an evidentiary hearing held on your petition or motion?

   □ YES   □ NO

6. Result: _____

   _____ Date of Result: _____

N. If you filed a third petition, application, or motion, answer the following:

*(If you did not file additional petitions, applications, or motions, skip to Question O.)*

1. Name of Court: _____

2. Identify what you filed *(for example, a Rule 3.850 motion, habeas petition, etc.)*: _____

   _____

3. Case Number *(if known)*: _____ Date Filed: _____

4. Grounds Raised: _____

   _____

   _____

   _____

5. Was an evidentiary hearing held on your petition or motion?

   ☐ YES   ☐ NO

6. Result: _____

   _____ Date of Result: _____

   *(If you filed more than three petitions, applications, or motions, attach additional pages as necessary to provide answers to all questions listed in Question N.)*

O. Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

1. First Petition:    ☑ YES ☐ NO

2. Second Petition: ☐ YES ☐ NO

3. Third Petition:   ☐ YES ☐ NO

    a. If you did *not* appeal the result, explain briefly why you did not:

    _____

    _____

    _____

    b. If you did file an appeal, what was the result:   AFFIRMED

    _____

    _____

    c. Date of the opinion/mandate (*include case citation, if known*): _____

    9/29/22 _____

P. Have you previously filed a § 2254 petition or other pleading regarding the validity of your state conviction or sentence in any federal court?

☐ YES    ☑ NO

(*If yes, identify below the court, case number, and, result, including the result of any appeal.*)

Name of Court: _____   Case #: _____

Result: _____

_____

_____

Appeal?  ☐ YES  ☐ NO  Result: _____

_____

## II. GROUNDS RAISED IN CURRENT § 2254 PETITION

**ATTENTION:** *To proceed in federal court, you must ordinarily first exhaust all available state court remedies on each ground raised in this petition. Also, if you do not set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

For this petition, state *all* grounds on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. You must provide a summary of *specific facts* in support of each ground raised. Do not argue or cite case law. A supporting memorandum of law, not exceeding 10 pages, may be attached to this petition presenting legal argument, but all supporting facts *must* be set forth in this petition. (*Attach additional pages as needed if you are raising more than four grounds.*)

**A. Ground One:** 6th Amendment U.S. Const. Right to reasonable Counsel

1. Supporting Facts (*brief statement without citing cases or law*):

Trial Counsel failed to adequitly PrePair A deferise

2. Did you raise this claim in state court by direct appeal?

□ YES   □ NO

If you did *not* raise this claim, explain why: _____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES   □ NO

If yes, explain how it was raised (*type of petition*): Ground one(S) 3.850 ineffective Counsel

a. Name and location of the court where the motion or petition was filed:

4th Judicial Circuit Duval Co. Fla

b. Case # (*if known*): 16-2009-CF-00555-AXXX

c. Date of Decision: __3/5/21__

d. Result: __Sumary Denial__

_____

4. Did you receive a hearing on your motion or petition?

☐ YES  ☑ NO

5. Did you appeal from the denial of your motion or petition?

☑ YES  ☐ NO

6. Was Ground One raised in your appeal?

☑ YES  ☐ NO

a. If not raised in your appeal, why not? _____

_____

b. Identify the name and location of the court where appeal was filed:

__1st DCA Fla__

_____

c. Case # (*if known*): _____

d. Date of Decision: __9/29/22__

e. Result: __AFFIRMED__

_____

_____

7. Identify any other way in which you exhausted state remedies for Ground

One: _____

_____

_____

**B. Ground Two:** 6th Amendment U.S. Const.
Right to reasonable Counsel

1. Supporting Facts (*brief statement without citing cases or law*):

Counsel failed to object/challenge
Hearsay that Prejudice Petitioner
Due to being Considered by
Jurors'

_____

2. Did you raise this claim in state court by direct appeal?

□ YES   □ NO

If you did *not* raise this claim, explain why: _____

_____

_____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES □ NO

If yes, explain how it was raised (*type of petition*): 3.850

Motion, 6th Amend U.S. Const. Violation

a. Name and location of the court where the motion or petition was filed:

4th Judicial Circuit Court Duval Co. Fla.

b. Case # (*if known*): 16 - 2009 - CF - 00 5551 - AXXX

c. Date of Decision: 3/5/21

d. Result: Sumary Denial

4. Did you receive a hearing on your motion or petition?

☐ YES    ☑ NO

5. Did you appeal from the denial of your motion or petition?

☑ YES    ☐ NO

6. Was Ground Two raised in your appeal?

☐ YES    ☐ NO

a. If not raised in your appeal, why not? _____

b. Identify the name and location of the court where appeal was filed:

1st DCA Fla.

c. Case # (*if known*): _____

d. Date of Decision: 7/29/22

e. Result: AFFIRMED

_____

_____

7. Identify any other way in which you exhausted state remedies for Ground

Two: _____

_____

**C. Ground Three:** 14th, 5th Amendment U.S.
Const. Violation

1. Supporting facts (*brief statement without citing cases or law*): Newly
Discovered Evidence, Writen
Statement of material witness
Addmitions to fabracation of
Facts of the Case, These New
Facts would've Changed the outcome

2. Did you raise this claim in state court by direct appeal?

☐ YES   ☐ NO

If you did *not* raise this claim, explain why: _____

_____

_____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES ☐ NO

If yes, explain how it was raised (*type of petition*): _Newly_

_Discovered Evidence_

    a. Name and location of the court where the motion or petition was filed:

      _4th Judicial Circuit Duval Co. Fla_

    b. Case # (*if known*): _16-2009-CF-00555-AXXX_

    c. Date of Decision: _3/5/21_

    d. Result: _Summary Denial_

4. Did you receive a hearing on your motion or petition?

    ☐ YES  ☑ NO

5. Did you appeal from the denial of your motion or petition?

    ☑ YES  ☐ NO

6. Was Ground Three raised in your appeal?

    ☑ YES  ☐ NO

    a. If not raised in your appeal, why not? _____

    b. Identify the name and location of the court where appeal was filed:

      _1st DCA Fla_

    c. Case # (*if known*): _____

d. Date of Decision: __9/29/22__

e. Result:___AFFIRMED_____

7. Identify any other way in which you exhausted state remedies for Ground Three: _____

**D. Ground Four:** __6th Amendment U.S. Const. Violation__

1. Supporting Facts (*brief statement without citing cases or law*): _____

__Counsel failed to object to Inconsistent Statement that would've Changed the outcome of the results of the trial.__

2. Did you raise this claim in state court by direct appeal?

   □ YES   □ NO

   If you did *not* raise this claim, explain why: _____

3. Did you raise this claim in a Rule 3.850 motion or otherwise?

☑ YES ☐ NO

If yes, explain how it was raised (*type of petition*): __3.850__

__Motion__

  a. Name and location of the court where the motion or petition was filed:

    __4th Judicial Circuit Duval Co. Fla__

  b. Case # (*if known*): __9__

  c. Date of Decision: __9/29/22~~  3/5/21~~__

  d. Result: __~~AFFIRMED~~ Summary Denial__

4. Did you receive a hearing on your motion or petition?

☐ YES ☑ NO

5. Did you appeal from the denial of your motion or petition?

☑ YES ☐ NO

6. Was Ground Four raised in your appeal?

☑ YES ☐ NO

  a. If not raised in your appeal, why not? _____

  b. Identify the name and location of the court where appeal was filed:

1st DCA Fla

c. Case # (*if known*): _____

d. Date of Decision: 9/29/22

e. Result: AFFIRMED

7. Identify any other way in which you exhausted state remedies for Ground Four: _____

*(Set forth additional grounds, if any, on separate sheets of paper.)*

## E. Grounds Not Previously Raised

Is there any ground raised in this petition that has not already been presented in either state or federal court?

☐ YES   ☐ NO

If so, state the reason(s): _____

## F. Pending Proceedings

Do you have any petition or appeal currently pending (filed, but not yet decided) in *any* court (state or federal) for the judgment being challenged in this petition:

□ YES    □ NO

Please explain: _____

_____

## G. Future Sentence

Do you have any future sentence to serve (*as in a consecutive sentence imposed*) after you complete the sentence for the judgment challenged in this petition?

□ YES    □ NO

1. If so, identify the other sentence: _____

2. Name and location of the court that imposed that sentence: _____

_____

3. Date Sentence was Imposed: _____

4. Case Number: _____

## H. Timeliness of Petition

If your judgment of conviction became final over one year ago, explain why the one-year statute of limitations as stated in 28 U.S.C. § 2244(d)[i] does not

bar this petition: The tolling of time by 3.850 Proceedings

## III. RELIEF SOUGHT IN CURRENT § 2254 PETITION

Petitioner requests the Court grant this § 2254 petition and provide the following relief: Reverse remand with Instructions to hold an evidentuary hearing

_____ or any other relief to which Petitioner is entitled.

Signature of Attorney (*if any*): _____

**I certify and declare, under penalty of perjury, that the foregoing is true and correct and that this petition was (*check one*) ☑delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing**

on the __20__ day of __February__ , 20 __23__ .

Date: __2-20-23__ Petitioner's Signature _____

*(If the person signing above is not the petitioner, state relationship to the*

*petitioner and explain why the petitioner is not signing this petition below.)*

_____

_____

Printed Name of Petitioner: _____

Prisoner ID #: _____

Correctional Institution: __Walton   Correctional   Institut__

Address: __691 Institution Rd, Defuniah__

__Springs, Fla   32433__

*(You must timely notify the Clerk's Office if there is any change to your*

*mailing address.)*

---

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court

and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

28 U.S.C. § 2244(d).

Bruce Benjamin , DC# J44510
Walton Correctional Institution
691 Institution Rd.
Deiuniak Springs, FL 32433
LEGAL MAIL

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

ZIP 32054
02 4W
0000369996 FEB 20 2023

US POSTAGE PITNEY BOWES

$ 001.08°

U.S. District Clerks
Northern Florida
401 S.E First Ave.; Ste.352
Gainesville , FL 32601

CHECKED FEB 1 ·23

RECEPTION AND MEDICAL CENTER
DATE 2-2L-23
INMATE INITIALS